**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

BOND CREATIVE, LLC, a Delaware limited liability company,

Plaintiff,

v.

JOSEPH SAMANIEGO, an individual; DAVID LOWE, an individual; and CREATE ADVERTISING GROUP, LLC, a California limited liability company,

Defendants.

Case No. 2:26-cv-06650-FMO-MBK

**[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER**

Trial Date: October 5, 2027

On September 24, 2026, Defendants Joseph Samaniego; David Lowe; and Create Advertising Group, LLC (collectively, "Defendants") and Plaintiff Bond Creative, LLC ("Bond") presented a stipulated protective order.

The Court, having read and considered the stipulation presented by counsel and for good cause appearing hereby rules that

IT IS SO ORDERED.

DATED: 09/24/2026

THE HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

**Bond Creative, LLC v. Joseph Samaniego, et al.**
**U.S.D.C., C.D. Cal. Case No. 2:26-cv-06650-FMO (MBKx)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 15303 Ventura Boulevard, Suite 1650, Sherman Oaks, CA 91403-6620.

On September 24, 2026, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER** on the interested parties in this action as follows:

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
Michael R. Heimbold
Gal Gressel
T. Sean Mann-O'Halloran
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398
Email:
mheimbold@.sheppard.com
ggressel@sheppard.com
smohalloran@sheppard.com

Attorneys for Plaintiff BOND CREATIVE, LLC

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 24, 2026, at Northridge, California.

*/s/ Charles G. Smith*
Charles G. Smith